1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTWAUN T. BEAVERS, SR.,                          CASE NO. CV-F-02-5537-LJO

12                          Plaintiff,               **ORDER TO COMMENCE BRIEFING**
                                                     **AFTER REMAND**
13               vs.

14   JO ANNE B. BARNHART, Commissioner
     of Social Security,
15
                             Defendant.
16   _____/

17          After remand to search for plaintiff Antwaun T. Beavers, Sr.'s missing claim file, Jo Ann B.

18   Barnhart, Commissioner of Social Security, lodged the administrative record for plaintiff's claim on June

19   8, 2005.  Accordingly, the briefing schedule outlined in this Court's May 8, 2002 Scheduling Order

20   commences as of June 8, 2005.

21   IT IS SO ORDERED.

22   **Dated:    June 10, 2005**                    _____/s/ Lawrence J. O'Neill_____
     b9ed48                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                    1